Exhibit B

| No | IP | Port | Client | Hit Date UTC | File Name | File Hash | ISP | Region | City | Province |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 67.161.217.240 | 6881 | libtorrent 1.2.0 | 2019-07-03 07:40:38 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Salt Lake City | Salt Lake |
| 2 | 73.52.144.219 | 57459 | [unknown Client] | 2019-06-16 20:07:14 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Salt Lake City | Salt Lake |
| 3 | 98.202.151.19 | 59925 | libtorrent 1.2.0 | 2019-05-22 02:51:30 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Salt Lake City | Salt Lake |
| 4 | 174.52.89.220 | 45942 | [unknown Client] | 2019-04-21 00:09:57 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Salt Lake City | Salt Lake |
| 5 | 73.20.113.39 | 56166 | qBittorrent 4.1.2 | 2019-03-27 15:32:03 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Midvale | Salt Lake |
| 6 | 24.11.52.180 | 47774 | [unknown Client] | 2019-03-17 01:27:17 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Ogden | Weber |
| 7 | 73.228.70.209 | 50321 | [unknown Client] | 2019-02-24 23:07:48 | Mechanic Resurrection (2016) 720p BrRip x264 - VPPV | SHA1: B4A81D27B29589DD704A84498780ED183F12EB69 | Comcast Cable | Utah | Saratoga Springs | Utah |